UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6327-CR-HURLEY
18 USC 1005

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA,      :

         Plaintiff,      :

v.      :

ADEBUKOLA SHOPADE,      :

         Defendant.      :

_____

## INDICTMENT

The Grand Jury Charges that:

### COUNT I

On or about April 26, 2000, in Broward County, in the Southern District of Florida, the defendant,

ADEBUKOLA SHOPADE,

did knowingly and willfully make a false entry in the books, reports, and statements of a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, that is, CitiBank, with the intent to deceive the officers of said bank and to defraud said bank, in that the defendant opened an account in the name of Shannon Eggleton using the Social Security Number of Shannon Eggleton, and in doing so falsely stated her true name and Social Security Number, the defendant well knowing that this information was false and fictitious.

In violation of Title 18, United States Code, Section 1005.



COUNT II

On or about April 26, 2000, in Broward County, in the Southern District of Florida, the defendant,

ADEBUKOLA SHOPADE,

did knowingly and willfully make a false entry in the books, reports, and statements of a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, that is, Bank of America, formerly known as NationsBank, with the intent to deceive the officers of said bank and to defraud said bank, in that the defendant opened an account in the name of Shannon Eggleton using the Social Security Number of Shannon Eggleton, and in doing so falsely stated her true name and Social Security Number, the defendant well knowing that this information was false and fictitious.

In violation of Title 18, United States Code, Section 1005.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

ADEBUKOLA SHOPADE

_____ /       **Superseding Case Information**:

Court Division: (Select One)         New Defendant(s)      Yes ___   No ___
                                     Number of New Defendants  ___
___ Miami  ___ Key West              Total number of counts    ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) NO _____
   List language and/or dialect  _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days         _X_         Petty        ___
   II   6 to 10 days        ___         Minor        ___
   III  11 to 20 days       ___         Misdem.      ___
   IV   21 to 60 days       ___         Felony       _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature: Steven R. Petri*

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500048

\*Penalty Sheet(s) attached                                    REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __ADEBUKOLA SHOPADE___   No.: _____

Counts 1-2 : Making False Statements in Records of Federally Insured Bank (18:1005)_____

*Max Penalty: Thirty years' imprisonment, $1 million fine_____
_____
Count #:_____

*Max Penalty:_____
_____

Count #:_____

*Max Penalty:_____
_____

____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

3