AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ADEBUKOLA SHOPADE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6327**

**CR-HURLEY**

**TO:** **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ADEBUKOLA SHOPADE___

Name **MAGISTRATE JUDGE VITUNAC**

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense)  Making false statements in records of federally insured bank;

in violation of Title __18__ United States Code, Section __1005__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ 50,000 corporate surety bond
     + Nebbia

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL — Nov. 21, 2000
Date and Location

by [signature]  UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at ___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |