UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>00-6327-CR-HURLEY</u>

NIGHT BOX
FILED

JAN 09 2002

, USDC / ...FL/...

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ADEBUKOLA SHOPADE | ) |
| _____ | ) |

**PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

The United States of America, by its undersigned Assistant United States Attorney, respectfully requests that this Honorable Court issue a writ of Habeas Corpus Ad Prosequendum for the Defendant. The grounds for this petition are as follows:

1. An <u>Indictment</u> is pending in this Court against defendant <u>ADEBUKOLA SHOPADE</u>, and this matter is scheduled for <u>INITIAL APPEARANCE</u> at <u>WEST PALM BEACH, FL</u> on <u>JANUARY 17, 2002</u> at <u>9:30 a.m.</u>.

2. The Defendant is presently confined in the <u>FEDERAL CORRECTIONAL INSTITUTION</u> at <u>DANBERRY, CT.</u>.

3. It is necessary for the Defendant to be present before this Court for her <u>INITIAL APPEARANCE</u>.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas



Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and take the defendant into custody and have her before this Court at the time and place specified above for INITIAL APPEARANCE. The Petitioner also requests that this court direct the Warden of the FEDERAL CORRECTIONAL INSTITUTION, DANBERRY, CT. to deliver the Defendant to the Custody of the United States Marshal for this purpose.

                                      Respectfully submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

By: _____
STEVE R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Federal Bar # A5500048
500 E. Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394
Phone -954-356-7255 ext. 3599
Fax- 954-356-7336

cc: U.S. Attorney (AUSA PETRI)