UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6327-CR-HURLEY
Inmate: ADEBUKOLA SHOPADE
Female
D.O.B. 11/21/74
Prisoner # 20343-424

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
vs.                        )
                           )
ADEBUKOLA SHOPADE          )
                           )
            Defendant.     )
_____)

**WRIT OF HABEAS CORPUS AD  PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL and

      WARDEN, _____ FCI-DANBERRY, CT _____

It appearing from the petition of the United States of America that the defendant in

the above case, __ADEBUKOLA SHOPADE__,__ is confined in the_FEDERAL

CORRECTIONAL INSTITUTION_ at DANBERRY, CT ___, and this case is set for the

INITIAL APPEARANCE of the defendant at WEST PALM BEACH, FLORIDA, UNITED

STATES DISTRICT  COURTHOUSE__, on THURSDAY,  JANUARY 17, 2002__, and

that it is necessary for the defendant to be before this Court for this proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you

have __ADEBUKOLA SHOPADE__ now detained in custody as aforesaid, under safe and



secure conduct, before this Court at  WEST PALM BEACH, FLORIDA  UNITED STATES

DISTRICT COURTHOUSE   by or before  9:30   o'clock,   A  M., on THURSDAY,

JANUARY 17, 2002  for INITIAL APPEARANCE on the criminal charges pending against

her, and upon completion of this proceeding that you return the Defendant with all

convenient speed, under safe and secure conduct, to the custody of the Warden of the

aforesaid penal institution.

In addition, this is to command you, the Warden of  FEDERAL CORRECTIONAL

INSTITUTION  at DANBERRY, CT    , to deliver into the custody of any United States

Marshal, upon production to you of a certified copy of this writ, the  defendant for safe and

secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at WEST PALM BEACH      , Florida, this  10  day

of    Jan     , 2002.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE
Magistrate

cc:  U.S. Attorney (STEVEN PETRI, AUSA)
     U.S. Marshals (3 certified copies)
     Chief Probation Officer