# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 01/17/02   TIME: 9:30 AM

DEFT. ADEBUKOLA SHOPADE (J) (WRIT)   CASE NO. 00-6327-CR-HURLEY/VITUNAC
  (Deft not in District yet)

AUSA. STEVEN PETRI   ATTY.

AGENT.   VIOL. FALSE STATEMENTS
         18:1005

PROCEEDING   INITIAL   BOND. PTD (GOVT REQUEST)

FUTURE DATES

DISPOSITION   Matter reset to January 31, 2002 @ 9:30 am for an initial appearance.

DATE: 01/17/02   TAPE: LRJ-02- 6-345