AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   523 845

UNITED STATES OF AMERICA

v.

ADEBUKOLA SHOPADE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6327**

**CR-HURLEY**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ADEBUKOLA SHOPADE

Name **MAGISTRATE JUDGE VITUNAC**

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense)  Making false statements in records of federally insured bank;

in violation of Title 18 United States Code, Section 1005

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL    Nov. 21, 2000
Date and Location

Bail fixed at $ 50,000 corporate surety bond
+ Nebbia

by _____
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
West Palm Beach, Fl

| DATE RECEIVED 11/21/00 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting US Marshal  S/D FL | SIGNATURE OF ARRESTING OFFICER Barry Golden, ASDUSM |
|---|---|---|
| DATE OF ARREST 1/24/02 | | |