# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 01/31/02   TIME: 9:30 AM

DEFT. ADEBUKOLA SHOPADE (J)(WRIT)   CASE NO. 00-6327-CR-HURLEY/VITUNAC

AUSA. STEVEN PETRI *(William Zloch)*   ATTY. *Dave Brannon, AFPD*

AGENT. _____   VIOL. FALSE STATEMENTS 18:1005

PROCEEDING   INITIAL   BOND. PTD (GOVT REQUEST)

FUTURE DATES _____

DISPOSITION: Defendant advised of rights. Federal Public Defender appointed. Government requested Pretrial Detention. Pretrial Detention Hearing set 2/7/02 @ 9:30 am. Arraignment set 2/7/02 @ 9:30 am.

DATE: 01/31/02   TAPE: LRJ-02- 7-1765