cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6327-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADEBUKOLA SHOPADE,

    Defendant.

_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Robert E. Adler
      Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 259942
    400 Australian Avenue, Suite 300
    West Palm Beach, FL 33401
    TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 4th day of February, 2002, to Assistant United States Attorney Steven R. Petri, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33301.

_____
Robert E. Adler