cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6327-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADEBUKOLA SHOPADE,

    Defendant.

_____/



## DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Adebukola Shopade, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin*, 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

By: _____
      Robert E. Adler
        Assistant
      Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 259942
      400 Australian Avenue, Suite 300
      West Palm Beach, FL 33401
      TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this ____ day of February, 2002, to Assistant United States Attorney Steven R. Petri, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33301.

_____
Robert E. Adler