cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6327-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADEBUKOLA SHOPADE,

    Defendant.

_____/



## NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant, Adebukola Shopade, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

By: _____
       Robert E. Adler
         Assistant
       Federal Public Defender
       Attorney for Defendant
       Florida Bar No. 259942
       400 Australian Avenue, Suite 300
       West Palm Beach, FL 33401
       TEL:(561) 833-6288/FAX:(561) 833-0368



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 1 day of February, 2002, to Assistant United States Attorney Steven R. Petri, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33301.

_____
Robert E. Adler