# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 02/07/02   TIME: 9:30 AM

**DEFT.** ADEBUKOLA SHOPADE (J)   **CASE NO.** 00-6327-CR-HURLEY/VITUNAC

**AUSA.** STEVEN PETRI   **ATTY.** _Robert Adler, AFPD_ / FEDERAL PUBLIC DEFENDER

**AGENT.**   **VIOL.** FALSE STATEMENTS / 18:1005

**PROCEEDING** PRETRIAL DETENTION & ARRAIGNMENT   **BOND.** NO BOND

**FUTURE DATES** Status Conf set 3/07/02 at 9:30 AM

**DISPOSITION** Pretrial detention withdrawn. Bond set @ $ [illegible] PSB w/nebbia. Bond cannot be posted without a nebbia hearing.

Defendant arraigned. NG pled.

DATE: 2/07/02   TAPE: LRJ-02-[illegible]