UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE 00-6327-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADEBUKOLA SHOPADE,

    Defendant.
_____



This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

*Pretrial detention withdrawn.*

*Bond set @ $150,000 CSB w/nebbia.*

*Bond cannot be posted without a nebbia hearing.*

**DONE AND ORDERED** at West Palm Beach, Florida this __7th__ day of __February__, 20__02__.

TAPE NO: LRJ-02-11-291

                                          CHIEF U.S. MAGISTRATE JUDGE
                                          LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal