UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6327-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

ADEBUKOLA SHOPADE,
        Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:  Jail No.:_____

Language: ENGLISH_____

Address: IN CUSTODY_____

_____

Tel. No:_____

Defense Counsel:  Name  : FEDERAL PUBLIC DEFENDER_____

Address: 400 AUSTRALIAN AVENUE NORTH___

WEST PALM BEACH, FL 33401_____

Tel. No: 561-833-6288_____

Bond Set/Continued:  $  150,000 CSB w/Nebbia.

Dated this 7th day of February, 2002.

CLARENCE MADDOX, CLERK

BY_____
      Deputy Clerk

TAPE NO. LRJ-02-11
DIGITAL START NO. 291