UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE # __CC-6327-CC-DTKH__

VS.                               REPORT COMMENCING CRIMINAL ACTION

__ADEGUKOLA SHOPEDA__ PRISONER # __20343-424__

*********************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*********************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: __1/17/02  WRIT FROM FCI DANBURY__

2) LANGUAGE(S) SPOKEN: __ENGLISH__

3) OFFENSE(S) CHARGED: __FALSE STATEMENT__

4) U. S. CITIZEN  [ ] YES   [✓] NO   [ ] UNKNOWN

5) DATE OF BIRTH: __11-21-74__

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: __S/FL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

7) AMOUNT OF BOND: _____ WHO SET BOND _____

8) ARRESTING AGENT: __R. GANESH__  DATE: __1-31-02__

9) AGENCY __USMS__  (PRINT NAME)  PHONE: _____

10) REMARKS: _____