# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 03/07/02   TIME: 9:30 AM

DEFT. ADEBUKOLA SHOPADE (J)#20343-424    CASE NO. 00-6327-CR-HURLEY/VITUNAC
       (Defendant not required)
       *Kerry Baron*                     *Peter Birch, AFPD*
AUSA. STEVEN PETRI                       ATTY. ROBERT ADLER, AFPD

                                         FALSE STATEMENTS
AGENT.                                   VIOL. 18:1005

PROCEEDING  STATUS RE: DISCOVERY         BOND. $150,000 CSB W/NEBBIA

FUTURE DATES  Status Conf set 3/18/02 before Judge Hurley

DISPOSITION  *No discovery problems. No pending motions. Possible plea.*

DATE: 03/07/02                           TAPE: LRJ-02- 17-408