UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6327-CR-HURLEY

Magistrate Judge Vitunac

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ADEBUKOLA SHOPADE, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S FIRST SPEEDY TRIAL REPORT**

Pursuant to Local Rule 88.5, the United States files its First Speedy Trial Report.

1. Defendant made her initial appearance in Court on January 31, 2002 on an indictment issued in the year 2000. Therefore, the speedy trial clock was triggered on January 31, 2002. 18 U.S.C. 3161(c)(1); 18 U.S.C. 3161(h)(7). Since that time, the date of February 7, 2002 is excluded due to the defendant's arraignment on that date. As of the calendar call scheduled for

March 18, 2002, the government has determined that forty-four days of non-excludable time will have elapsed, leaving twenty-six days for the trial of this matter to commence on or before April 12, 2002.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By *[signature]*
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY
COURT NO. A550048
500 EAST BROWARD BLVD
7TH FLOOR
FORT LAUDERDALE, FL 33394
TELEPHONE 954-356-7255 EXT 3599
FAX 954-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by United States mail on March 15, 2002, to Robert Adler, Esq., Assistant Federal Public Defender, 400 Australian Avenue, Suite 300, West Palm Beach, Florida 33401.

*Steven R. Petri*
Steven R. Petri
Assistant United States Attorney