cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6327-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ADEBUKOLA SHOPADE,

   Defendant.
_____/



### NOTICE OF CHANGE OF PLEA

Please take note that a change of plea in the above-referenced case has been set by the Court for Wednesday, April 3, 2002, at 1:30 p.m. before the Honorable Judge Daniel T.K. Hurley in West Palm Beach, Florida.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
   Robert E. Adler
      Assistant
   Federal Public Defender
   Attorney for Defendant
   Florida Bar No. 259942
   400 Australian Avenue, Suite 300
   West Palm Beach, FL 33401
   TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 21 day of March, 2002, to Assistant United States Attorney Steven R. Petri, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33301.

_____
Robert E. Adler