# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY


FILED by ___ D.C.
APR - 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

================================================

Case No. **00-6327-CR**    Date **April 3, 2002**

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **English**    Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Adebukola Shopade**

AUSA: **Steven R. Petri**    DEFENSE COUNSEL: **AFPD Robert E. Adler**

TYPE OF HEARING: Change of plea from not guilty to guilty as to Count One of the indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, June 21, 2002, at 2:30 p.m.