SRP.sl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6327-CR-HURLEY

UNITED STATES OF AMERICA,           :

        PLAINTIFF,           :

v.                                  :

ADEBUKOLA SHOPADE,                   :

        DEFENDANT.           :

_____

### GOVERNMENT'S OBJECTION TO PSI

The Government hereby files this objection to the Presentence Investigation Report, and states the following:

1.    Paragraph 23 of the PSI concludes that the intended loss in this case was $4,500. The government objects to this finding and contends that the intended loss was significantly in excess of $4,500. Under §2B1.1 of the Sentencing Guidelines, "loss is the greater of actual or intended loss." §2B1.1 Application Note 2.(A). In the case at hand, due to the intervention of law enforcement, there was no actual loss. As for intended loss, the defendant admitted that she had fraudulently opened the bank accounts in order to engage in fraud. At the time she was stopped, she had 200 checks from one of the fraudulent accounts with her. One of these checks was filled out for $4,500. The problem with the PSI is that it only accounts for this one check, and includes no intended loss amount for the remaining 199 checks.

At the sentencing hearing, the government be presenting the testimony of a Secret Service

1

Agent experienced in investigating this type of fraudulent activity and is expected to testify that the minimum amount of loss associated with a case of this type if $50,000. The government feels that this intended loss figure is conservative and just on the facts of this case. A more aggressive figure would be to take the $4,500 amount and multiple it 200 times for each check to reach an intended loss figure of $900,000. The fact that the defendant has been part of an ongoing ring that has caused hundreds of thousands of dollars in actual losses in other cases is also a fact the government will be presenting at sentencing for the Court's consideration in finding an appropriate intended loss figure, which the government contends is a minimum of $50,000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY
COURT NO. A5500048
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___ day of June, 2002 to Robert Adler, Esq., 400 Australian Ave., Suite 300, West Palm Bch, Fl 33401; Sheila Parsons, U.S. Probation Officer, 501 S. Flagler Dr., Suite 400, West Palm Beach, Fl 33401.

_____
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY