UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 24 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  CASE NO.: 00-6327-CR-DTKH

ADEBUKOLA SHOPADE,

    Defendant.
_____/

## ORDER PROVIDING NOTICE OF COURT'S INTENTION TO CONSIDER UPWARD DEPARTURE

**THIS CAUSE** is before the court upon its own motion. In compliance with the dictates of *Burns v. United States*, 501 U.S. 129 (1991), the parties are notified that the court will consider whether an upward departure is warranted pursuant to § 4A1.3 of the United States Sentencing Guidelines on the ground that defendant's criminal history category does not adequately reflect the seriousness of her past criminal conduct or the likelihood that she will commit other crimes. Defendant's sentencing will be reset by separate order.

    **DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 22nd day of June, 2002.

                                                  Daniel T. K. Hurley
                                                U. S. District Judge

Copies provided to:
    Robert Adler, Esq.
    Steven Petri, Esq.

