UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6327-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ADEBUKOLA SHOPADE,
Defendant.
_____/



FILED by _____ D.C.
JUN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER RESETTING SENTENCING HEARING

THIS CAUSE was before the court for sentencing on June 21, 2002, and continued upon oral motion from counsel representing the above named defendant. For that reason, it is

ORDERED and ADJUDGED:

This matter is reset for sentencing on **Thursday, August 29, 2002, at 8:30 a.m.**.

DONE and SIGNED in Chambers at West Palm Beach, Florida this _25th_ day of June, 2002.

Daniel T. K. Hurley
United States District Judge

copy furnished:
AUSA Steven R. Petri
AFPD Robert E. Adler
United States Probation Office
United States Marshal's Service

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts